**Motion GRANTED AND Order filed September 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00744-CV

_____

### IN RE GEKABI BAHAMAS 3, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-40770**

---

## ORDER

On September 22, 2017, relator Gekabi Bahamas 3, LLC, filed a petition for writ of mandamus asking this court to order the Honorable R.K. Sandill, Judge of the 127th District Court, in Harris County, Texas, to vacate the oral order he rendered at the September 21, 2017 hearing that Gregg Kosterlitzky, an in-house counsel and attorney of record for relator, disclose to the court, no later than 2:30 p.m. on

September 25, 2017, his communications with Jarrad Cormier, an attorney, on September 20, 2017, which relator asserts are protected by the attorney-client privilege (the Order to Disclose). According to the mandamus record, the trial court stated, "You have three days to answer or you'll be held in contempt of court."

Relator has also filed a motion asking this court for a temporary stay of the Order to Disclose pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the Order to Disclose **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Paradise Developers, Inc. and F. Gerald Maples, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before October 9, 2017. *See* Tex. R. App. P. 52.4.

PER CURIAM


Panel consists of Justices Jamison, Busby and Donovan.